1  PETER E. BRIXIE, S.B.#124186
   Attorney at Law
2  410 Twelfth Street, Suite One
   Sacramento, CA 95814
3  Telephone: (916) 658-1880
   Facsimile: (916) 658-1884
4  Email: peterbrixie@gmail.com

5

6  **Attorney for SHARON LEE**

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 SHARON LEE,                          CASE NO.:   2:13-CV-01785-KJN

12         Plaintiff,

13 vs.                                  STIPULATION AND ORDER EXTENDING
                                        TIME TO FILE AND SERVE MOTION
14                                      SUMMARY JUDGEMENT
   COMMISSIONER OF SOCIAL SECURITY,
15
           Defendant
16

17         IT IS HEREBY STIPULATED by and between the parties, through their respective

18 undersigned attorneys, and with the permission of the Court as evidenced below, that the

19 Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby

20 extended to the new filing date of December 28, 2015.  The extension is needed due to press of

21 business in plaintiff's attorney's office.

22

23

24

25

26

27

28
   STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MSJ

1  This is the 1st request for extension by plaintiff.

2

3  Dated:  11/17/15                           /s/ Peter Brixie
                                              PETER E. BRIXIE
4                                             Attorney at Law
                                              Attorney for Plaintiff
5

6

7  Dated: 11/17/15                            /s/ Lara Bradt
                                              LARA A. BRADT
                                              Special Assistant U. S. Attorney
8                                             Attorney for Defendant

9

10                         __ORDER__

11                    APPROVED AND SO ORDERED

12  Dated:  November 23, 2015

13

14                                            KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MSJ