BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
LARA A. BRADT, CSBN 289036
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8921
    Facsimile: (415) 744-0134
    Email: lara.bradt@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | | |
|---|---|---|
| SHARON LEE, | ) | No. 2:13-CV-1785-KJN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| | ) | TO EXTEND SCHEDULE |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

The parties stipulate through counsel to extend the time by 45 days – from January 27, 2016 to March 14, 2016 for Defendant to file her opposing brief.  This extension request is intended to allow the parties to explore further the possibility of settlement.

DATE:  January 22, 2016        Respectfully submitted,

                                       LAW OFFICE OF PETER BRIXIE

                                          */s/ Peter Brixie*
                        BY: _____
                                Peter Brixie
                                *as authorized by email on Jan. 22, 2016
                                Attorney for Plaintiff

Def.'s Stip. to Extend Schedule, 2:13-CV-01785-KJN

| | | |
|---|---|---|
| 1 | Date:   January 22, 2016 | BENJAMIN B. WAGNER |
| 2 | | United States Attorney |
| | | DEBORAH LEE STACHEL |
| 3 | | Acting Regional Chief Counsel, Region IX |
| | | Social Security Administration |
| 4 | | LARA A. BRADT |

BY:        /s/ *Lara A. Bradt*
             Lara A. Bradt
             Special Assistant United States Attorney
             Attorney for Defendant

IT IS SO ORDERED.

Dated:  January 26, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE