BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
LARA A. BRADT, CSBN 289036
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8921
    Facsimile: (415) 744-0134
    Email: lara.bradt@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SHARON LEE, | ) No. 2:13-cv-1785-KJN |
| | ) |
|     Plaintiff, | ) **STIPULATION AND ~~PROPOSED~~** |
| | ) **ORDER OF REMAND TO AGENCY** |
|        v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |

    IT IS HEREBY STIPULATED, by and between Sharon Lee (Plaintiff) and Carolyn W. Colvin, Acting Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

    Upon remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new hearing and decision. The Appeals Council will instruct the ALJ to reevaluate the medical evidence, including, but not limited to, all medical-source opinion evidence concerning physical and mental impairments, and explain the weight given to the opinion

evidence consistent with 20 C.F.R. §§ 404.1527 and 416.927, and Social Security Rulings (SSR) 96-2p and 96-5p.  The Appeals Council will also instruct the ALJ to further evaluate whether Plaintiff has the residual functional capacity to perform his past relevant work and, if appropriate, obtain supplemental vocational expert testimony to assist in determining what jobs exist, if any, for Plaintiff given his age, education, vocational factors and residual functional capacity.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

DATE:  March 7, 2016					Respectfully submitted,

						LAW OFFICE OF PETER BRIXIE

							*/s/ Peter Brixie*
					BY:  _____
						Peter Brixie
						*as authorized by email on March 2, 2016
						Attorney for Plaintiff

Date:   March 7, 2016				BENJAMIN B. WAGNER
						United States Attorney
						DEBORAH LEE STACHEL
						Acting Regional Chief Counsel, Region IX
						Social Security Administration
						LARA A. BRADT

							*/s/ Lara A. Bradt*
					BY:  _____
						Lara A. Bradt
						Special Assistant United States Attorney
						 Attorney for Defendant

IT IS SO ORDERED.

Dated: March 9, 2016

						_____
						KENDALL J. NEWMAN
						UNITED STATES MAGISTRATE JUDGE