1  PETER E. BRIXIE, Bar #124186
   Attorney at Law
2  410 Twelfth Street, Suite One
   Sacramento, CA 95814
3  Telephone: (916) 658-1880 Fax: (916) 658-1884
   E-mail: peterbrixie@gmail.com
4
   Attorney for SHARON LEE
5
                           UNITED STATE DISTRICT COURT
6
                           EASTERN DISTRICT OF CALIFORNIA
7
   SHARON LEE,                              Case No.: 2: 13-CV-01785-KJN
8           Plaintiff,
                                            **STIPULATION AND ORDER FOR**
9  vs.                                      **PAYMENT OF PLAINTIFF'S ATTORNEY**
                                            **FEES**
10 COMMISSIONER OF SOCIAL SECURITY,
            Defendant
11

12       IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

13 subject to the approval of the Court, that SHARON LEE be awarded attorney fees and expenses in the

14 amount of $4600.00 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount

15 represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection

16 with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

17       After the Court issues an order for EAJA fees to SHARON LEE, the government will consider

18 the matter of assignment of EAJA fees to PETER BRIXIE. The retainer agreement containing the

19 assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S. Ct. 2521, 2529 (2010), the ability

20 to honor the assignment will depend on whether the fees are subject to any offset allowed under the

21 United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the

22 government will determine whether they are subject to any offset.

Fees shall be made payable to SHARON LEE, but if the Department of the Treasury determines that SHARON LEE does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to PETER BRIXIE pursuant to the assignment executed by SHARON LEE Any payments made shall be delivered to PETER BRIXIE.

This stipulation constitutes a compromise settlement of SHARON LEE vs. COMMISSIONER OF SOCIAL SECURITY request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that SHARON LEE may have relating to EAJA attorney fees in connection with this action.  This award is without prejudice to the rights of PETER BRIXIE to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated:  04/12/2016         By:         /s/ *Peter Brixie*
                                       PETER E. BRIXIE
                                       Attorney at Law
                                       Attorney for Plaintiff


Dated:  04/12/2016                     /s/*Lara Bradt*
                                       LARA A. BRADT
                                       Special Assistant United States Attorney
                                       Attorneys for Defendant
                                       Commissioner of Social Security

__ooo__

APPROVED AND SO ORDERED

Dated:  April 21, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE